**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JASON M. PEREZ**                                                                                   **PETITIONER**
Reg. #15224-031

VS.              CASE NO.: 2:08CV00130 WRW/BD

**T.C. OUTLAW**                                                                                      **RESPONDENTS**
**Warden, FCC,**
**Forrest City, Arkansas, et al.**

### ORDER

Pending is Petitioner's Motion to Stay his petition for writ of habeas corpus under 28 U.S.C. § 2241 (docket entry #6). Petitioner claims *Gatewood v. T.C. Outlaw*, CA 08-2197 (8th Cir. filed May 29, 2008), now pending before the Court of Appeals for the Eighth Circuit, will determine the outcome of his case. Petitioner requests a stay of his petition pending a decision in *Gatewood*. The Respondent has not objected to the motion to stay. Because the claim in this petition is similar to the claim in *Gatewood*, Petitioner's Motion to Stay is GRANTED. The Clerk of the Court is directed to administratively terminate the case. The parties are directed to file a motion to reopen the case within forty-five days of a mandate being issued by the Eighth Circuit in *Gatewood*. If a motion to reopen the case is not filed by either party within forty-five days of the mandate, the Court may dismiss the petition with prejudice.

IT IS SO ORDERED this 18th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE