**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JASON M PEREZ**                                                                                              **PETITIONER**

**V.**                                            **2:08CV00130-WRW/BD**

**T.C. OUTLAW, WARDEN,**
**FCC Forrest City, Arkansas**                                                                **RESPONDENT**

### ORDER

Petitioner's Motion to Reopen Case, Lift Stay, and Withdraw Habeas Petition (Doc. No. 8)

is GRANTED.  Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of April, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1